# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00542-CV

**In re Gary E. Prust**

**S. P., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 27TH DISTRICT COURT OF LAMPASAS COUNTY
## NO. 20698, THE HONORABLE CHERYLL MABRAY, JUDGE PRESIDING

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of S. P. The subject of this proceeding is Gary E. Prust, appellant's attorney.

Appellant filed her notice of appeal on August 8, 2018, and her brief was due September 17, 2018. On September 24, 2018, we ordered counsel to file appellant's brief no later than October 15, 2018. To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that Gary E. Prust shall appear in person before this Court on Wednesday, November 14, 2018, at 1:30 p.m., in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why he should not be held in contempt and have

sanctions imposed for his failure to obey our September 24, 2018 order. This order to show cause will be withdrawn and Prust will be relieved of his obligation to appear before this Court as ordered above if the Clerk of this Court receives appellant's brief on or before November 12, 2018.

It is ordered on October 23, 2018.

Before Justices Puryear, Goodwin, and Bourland